1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Telephone:  (650) 838-4300
4  Facsimile:  (650) 838-4350

5  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
   E-mail: EMcDougall@perkinscoie.com
6  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
7  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
8  Facsimile: (206) 359-9000

9  Attorneys for Plaintiff
   craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>Autoposterpro, Inc., PostingExperts, Inc., John Doe d/b/a craigslistadsstore.com and craigslistpromoting.com, and Does 2 through 25, inclusive,<br><br>          Defendants. | Case No. Case No. CV 08 05069 SBA<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR A HEARING ON PLAINTIFF CRAIGSLIST INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE**<br><br>Date:<br>Time:<br>Dept:<br>Before:     Honorable Saundra B. Armstrong |

Upon considering the Motion by craigslist, Inc. for an order Shortening Time for hearing PLAINTIFF CRAIGSLIST INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE ("Motion"), the Court having considered the moving papers, files in the record, and good cause

1  having been shown:

2      IT IS HEREBY ORDERED that craigslist's motion to sh[...]    The

3  hearing for the Motion will be on _____

4      Dated this ____ day of _____ 2008.

**DENIED**
Judge Saundra B. Armstrong

8  Presented by:
   PERKINS COIE LLP
9

10  By:  /s/ Brian Hennessy
         Brian Hennessy
11
   Attorneys for Plaintiff craigslist, Inc.
12  40753-0043/LEGAL14951195.1

2
CASE NO. CV 08 05069 SBA
[PROPOSED] ORDER GRANTING MOTION SHORTENING TIME
40753-0043/LEGAL14951195.1