| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721) |
| 2 | E-mail: BHennessy@perkinscoie.com |
| | **Perkins Coie LLP** |
| 3 | 101 Jefferson Drive |
| | Menlo Park, CA 94025-1114 |
| 4 | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. CV 08 05069 SBA |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **ORDER GRANTING PLAINTIFF CRAIGSLIST INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |
| Autoposterpro, Inc., PostingExperts, Inc., John Doe d/b/a craigslistadsstore.com and craigslistpromoting.com, and Does 2 through 25, inclusive, | |
| Defendants. | Date:<br>Time:<br>Dept:<br>Before:     Honorable Saundra B. Armstrong |

The Court, having considered PLAINTIFF CRAIGSLIST INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE, hereby GRANTS the motion. Therefore, it is hereby ORDERED as follows:

**(1) Immediate Discovery**

ORDERED that craigslist may serve immediate discovery for the limited purpose of obtaining the names, current and permanent addresses, telephone numbers, and e-mail addresses for all subscribers, registrants, and persons responsible for administering the domain names autoposterpro.com, postingexperts.com, craigslistadsstore.com, and craigslistpromoting.com ("Defendants") or similar information suitable to identify Defendants, including IP addresses used to administer said websites (the "Identifying Information").

ORDERED that craigslist may immediately serve a subpoena on the privacy registrants and internet service providers for autoposterpro.com, postingexperts.com, craigslistadsstore.com, and craigslistpromoting.com, including Domains By Proxy, Inc., Go Daddy.com, Inc., TuCows Inc., Contactprivacy.com, and Startlogic, Inc. (collectively referred to as "Third Parties"), seeking the Identifying Information in the form attached as Exhibit E to the Declaration of Brian P. Hennessy;

ORDERED that craigslist must serve on the Third Parties a copy of this Order attached to the subpoena;

**(2) Identification and Service on Defendants**

ORDERED that the Third Parties shall identify Defendants within five days of service of the subpoena, and in that five-day period serve Defendants with a copy of the subpoena and this Order.

**(3) Motions to Quash or Other Objections**

ORDERED that the Third Parties shall have 15 days from service of the subpoena, to move to quash or otherwise object to the subpoena. Defendants shall have 10 days from service of the subpoena on them, to move to quash or otherwise object to the subpoena. If neither the Third Parties nor Defendants so move or object within these time periods, the Third Parties shall serve the Identifying Information on craigslist within 20 days after the Third Parties served the subpoena on Defendants.

**(4) Preservation of Evidence**

ORDERED that the Third Parties and Defendants shall preserve and not destroy all evidence, including but not limited to all Identifying Information.

**(5) Scope of Use of the Identifying Information**

ORDERED that any information disclosed to craigslist in response to the subpoena may be used by it solely for the purpose of protecting its rights in the above-captioned case. Any such information filed with this Court shall conform to Federal Rule of Civil Procedure 5.2 and Civil Local Rule 3-17.

IT IS SO ORDERED.

Dated this _11th day of December, 2008.

_____Sandra B. Armstrong_____

Presented by:

**PERKINS COIE LLP**

By:      /s/ Brian Hennessy
         Brian Hennessy

Attorney for Plaintiff craigslist, Inc.
40753-0043/LEGAL14951149.1