Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

craigslist, Inc., a Delaware corporation,

Plaintiff,

v.

Autoposterpro, Inc., PostingExperts, Inc., John Doe d/b/a craigslistadsstore.com and craigslistpromoting.com, and Does 2 through 25, inclusive,

Defendants.

Case No. CV 08 05069 SBA

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Date: February 11, 2009
Time: 3 p.m.
Dept: Courtroom 3, 3rd Floor
Before: Honorable Saundra B. Armstrong

WHEREAS, on November 5, 2008, craigslist, Inc. filed suit against Defendants Autoposterpro, Inc., PostingExperts, Inc., John Doe d/b/a craigslistadsstore.com and craigslistpromoting.com, and Does 2 through 25, inclusive for various causes of action alleging their operation of the websites autoposterpro.com, postingexperts.com, craigslistadsstore.com, and craigslistpromoting.com, which, among other things, offered to post advertisements to craigslist on behalf of their customers in violation of craigslist's Terms of Use.

WHEREAS, the Case Management Conference is currently scheduled for February 11, 2009.

WHEREAS, craigslist represents that on November 12, 2008, it attempted service on Defendants Autoposterpro, Inc. and PostingExperts, Inc. at 1420 W Holt Boulevard, Ontario CA 91762, an address provided on both of their respective websites. The address provided was false.

WHEREAS, on November 21, 2008, craigslist filed its Motion for Leave to Take Discovery Prior to the Rule 26 Conference. (ECF Docket Entry 10).

WHEREAS, on December 11, 2008, the Court granted craigslist's Motion for Leave to Take Discovery Prior to the Rule 26 Conference. (ECF Docket Entry 16).

WHEREAS, craigslist represents that it served subpoenas on StartLogic, Inc., GoDaddy.com, Inc., and Domains By Proxy, Inc., on December 12, 2008 requesting identifying information, including contact information, for the individuals or entities responsible for the autoposterpro.com, postingexperts.com, craigslistadsstore.com, and craigslistpromoting.com websites.

WHEREAS, craigslist represents that it received responses to the Domains By Proxy and GoDaddy.com subpoenas on December 29, 2008, and to the StartLogic subpoena on December 15, 2008.

WHEREAS, craigslist represents that based on the information provided, as well as information gathered through craigslist's investigation, on December 16, 2008, craigslist served Roman Hossain as one of the John Doe Defendants.

WHEREAS, counsel for craigslist and counsel for Roman Hossain have conferred regarding the lawsuit and have stipulated that craigslist shall file an amended complaint naming Roman Hossain as an individual defendant.

WHEREAS, in light of the foregoing, the parties stipulate to continue the Case Management Conference and to the proposed scheduling dates provided below.

Now therefore, the parties, through the undersigned counsel, hereby stipulate and agree as follows:

(1) craigslist will file an amended complaint naming Roman Hossain as a party on or before February 3, 2009;

(2) Roman Hossain will file his response to the amended complaint on or before February 17, 2009;

(3) The parties will hold their Federal Rule of Civil Procedure 26(f) Conference on February 19, 2009 at 10am.

(4) The parties will serve their Initial Disclosures and file their Joint Case Management Statement And Rule 26 Report on March 5, 2009.

(5) The parties stipulate to continue the Case Management Conference to a date as the Court's calendar permits on or after March 19, 2009.

**IT IS SO STIPULATED.**

DATED: January 28, 2009

**PERKINS COIE LLP**

By: /s/ Brian Hennessy

Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: January 28, 2009

**HYDE & SWIGART**

By: /s/ Joshua B. Swigart
Joshua B. Swigart (SBN 225557)
josh@westcoastlitigation.com

Attorneys for Roman Hossain

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 28, 2008

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the initial Case Management Conference, which was originally scheduled for February 11, 2009 is CONTINUED TO **March 25, 2009 at 2:45 p.m..** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 1/30/09

Saundra B. Armstrong

Honorable Saundra Brown Armstrong