UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., | Case No: C 08-5069 SBA |
| Plaintiff, | |
| vs. | **ORDER OF CONDITIONAL DISMISSAL** |
| AUTOPOSTERPRO, INC., *et al.*, | |
| Defendants. | |
| AND RELATED ACTION | |
| | |
| CRAIGSLIST, INC., | Case No: C 08-5071 SBA |
| Plaintiff, | |
| vs. | |
| BRAD JOHNSON, *et al*., | |
| Defendants. | |

The Court having been notified of the settlement of this action (Docket 45), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion is within 60 days of the date this order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated:  March 31, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge