Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Autoposterpro, Inc., PostingExperts, Inc., John Doe d/b/a craigslistadsstore.com and craigslistpromoting.com, and Does 2 through 25, inclusive,<br><br>Defendants. | **Case Nos. CV-08-5069 SBA and CV-08-5071 SBA**<br><br>**FINAL JUDGMENT ON CONSENT IN CONSOLIDATED ACTION** |
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Brad Johnson, Jake Carter, William Mitchell, John Doe d/b/a craigslistshop.com, and Does 2 through 25, inclusive,<br><br>Defendants. | |

## I. CONFESSION OF JUDGMENT

Defendant Autoposterpro confesses, consents and stipulates to judgment in favor of plaintiff craigslist, Inc. ("craigslist") and authorizes the Court to enter judgment granting monetary and permanent injunctive relief in favor of craigslist as set forth below. This Final Judgment on Consent arises out of a settlement agreement related to the defendants' development, utilization and sale of products and services to access and use craigslist's website and online resources (collectively, the "Services") without authorization or in excess of authorization, including, but not limited to, posting content on behalf of third parties, selling craigslist telephone-verified accounts, and selling services that circumvent craigslist's security measures (the "Settlement Agreement"). The terms of the Settlement Agreement are incorporated herein by reference in their entirety. This Final Judgment on Consent does not alter or supersede the obligations of any parties pursuant to that Settlement Agreement.

In accordance with the Settlement Agreement, Autoposterpro confesses, consents and stipulates to judgment as follows:

1. Autoposterpro consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Autoposterpro consents to this Court's personal jurisdiction for the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of the Settlement Agreement.

3. Autoposterpro consents to entry of judgment for monetary relief against Autoposterpro and in favor of craigslist in the total amount of Three Million Dollars ($3,000,000.00).

4. Autoposterpro consents to entry of judgment for permanent injunctive relief against Autoposterpro and in favor of craigslist immediately and permanently and forever enjoining Autoposterpro, and its successors, assigns, employees, agents, representatives and all persons and entities acting in concert or participation with it who receive actual notice of this Final Judgment on Consent by personal service or otherwise, from:

(a) Posting the same or similar content more than once on the Services;

(b) Posting the same or similar content in more than one category on the Services;

(c) Posting the same or similar content in more than one geographic area on the Services;

(d) Posting content on behalf of others, causing content to be posted on behalf of others, and accessing the Services to facilitate posting content on behalf of others;

(e) Using a third-party agent, service, or intermediary to post content to the Services;

(f) Using any automated device or computer program that enables postings on the Services without each posting being entered manually (an "automated posting device"), including, without limitation, the use of any automated posting device to submit postings to the Services in bulk;

(g) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, making available, trafficking in, or using content that uses automated means (including, but not limited to, spiders, robots, crawlers, data mining tools, and data scraping tools) to download or otherwise obtain data from the Services;

(h) Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of the Services;

(i) Copying, distributing, displaying, creating derivative works or otherwise using protected elements of the Services (and inducing, encouraging, causing or materially contributing to any other person or entity doing the same), including, but not limited to, craigslist's post to classifieds, account registration and account log in expressions and compilations;

(j) Circumventing technological measures that control access to the Services and/or portions thereof (including, but not limited to, CAPTCHAs and RE-CAPTCHAs) (and inducing, encouraging, causing or materially contributing to any other person or entity doing the same);

(k) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, trafficking in, or using technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures and/or protection afforded by technological measures that

control access to the Services and/or portions thereof (and inducing, encouraging, causing or materially contributing to any other person or entity doing the same);

(l) Accessing or attempting to access craigslist's computers, computer systems, computer network, computer programs, and data, without authorization or in excess of authorized access, including, but not limited to, creating accounts or posting content on the Services (and inducing, encouraging, causing, materially contributing to, aiding or abetting any other person or entity to do the same);

(m) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, importing, trafficking in, purchasing, acquiring, transferring, marketing or using any program, device, or service designed to provide an automated means of accessing the Services, automated means of creating the Services accounts, automated means of posting ads, responses, or other content, or automated means of flagging content on the Services, including, but not limited to, any program, device, or service that is, in whole or in part, designed to circumvent security measures on the Services;

(n) Misusing or abusing craigslist or the Services in any way, including, but not limited to, violating the Services' Terms of Use;

(o) Accessing or using the Services for any commercial purpose whatsoever;

(p) Using the CRAIGSLIST mark and any confusingly similar designations in Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist;

(q) Initiating commercial emails to users of the Services that violate CAN-SPAM; and

(r) Initiating commercial email advertisements to users of the Services that violate California Business and Professions Code Section 17529.5.

5. Autoposterpro agrees and stipulates that this Final Judgment on Consent is final and may not be appealed by any party.



IT IS SO AGREED.

Dated: May 21, 2010          PERKINS COIE LLP

                             By _____
                             Attorneys for Plaintiff
                             craigslist, Inc.

Dated: May 19, 2010          craigslist, Inc.

                             By _____
                             Jim Buckmaster
                             Its Chief Executive Officer

Dated: 6/8, 2010             HYDE & SWIGART

                             By _____
                             Attorneys for Defendant

Dated: 6/8, 2010             AUTOPOSTERPRO

                             By _____

II. **FINAL JUDGMENT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6-14, 2010            _____
                             HON. SAUNDRA BROWN ARMSTRONG